# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 16, 2024

### NO. 03-24-00514-CR

**Steven Gonzales, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 20TH DISTRICT COURT OF MILAM COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
## DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the judgment of conviction entered by the trial court. Steven Gonzales has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Steven Gonzales to withdraw his notice of appeal, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.